RECEIVED

2011 MAY 31  P 1: 28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA - SAN JOSE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE VENUE

*E-FILED - 6/29/11*

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CR 08-00732 RMW |
| | § | |
| JAMES HANNIGAN | § | |

Pro Se MOTION FOR THE EARLY
TERMINATION OF SUPERVISED RELEASE

ORDER

BE IT REMEMBERED that on this the __28th__ day of June 2011 came on to be heard Defendant James Hannigan' Motion for the Early Termination of Supervised Release and the Court having considered same is of the opinion that said Motion should be and is hereby

_____ GRANTED.

__X__ DENIED.  Although performance on supervised release has been commendable, termination is not appropriate at his time.

SIGNED AND ENTERED at San Jose, California on this the 28th day of June 2011.

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

5